

RECEIVED
IN MONROE, LA.

JUL 0 1 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

OSNEL JOSEPH

**CIVIL ACTION NO. 11-0126**
Section P

VERSUS

**JUDGE ROBERT G. JAMES**

**JOHN SMITH, WARDEN, TENSAS**
**PARISH DETENTION CENTER, ET**
**AL.**

MAG. JUDGE KAREN L. HAYES

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc.

No. 24] filed on behalf of respondents is **GRANTED**, and that the Petition for Writ of *Habeas*

*Corpus* is hereby **DISMISSED**, without prejudice, for lack of subject matter jurisdiction.

Fed.R.Civ.P. 12(b)(1).

MONROE, LOUISIANA, this _____ day of _____ 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE